UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:15-cv-80504 RLR

DANIEL MCCOOL, as P.R. of the
Estate of Mary J. McCool, deceased,
for the benefit of the decedent's survivors and estate,

Plaintiff,

vs.

WOODSTREAM CORPORATION, a
foreign corporation; HOME DEPOT USA,
INC., a foreign corporation; ITW GLOBAL
TIRE REPAIR INC. f/k/a Accessories Marketing,
Inc., a foreign corporation,

Defendants.

_____/

### DEFENDANT, WOODSTREAM CORPORATION'S EXPERT DISCLOSURES

Defendant, WOODSTREAM CORPORATION, by and through his undersigned counsel, in accordance with F. R. C. P. 26(a)(2) and pursuant to the Court's Pretrial Scheduling Order [DE29], and the Amended Agreed Motion for Extension of Pre-Trial Deadlines [DE78], hereby files its Expert Disclosures and states:

### RETAINED EXPERTS

1. Dr. Thomas L. Bennett
   Forensic Medicine and Pathology, PLLC
   6 Canyon View Drive
   Sheridan, WY  82801

   a. A complete statement of all opinions the witness will express and the basis and reasons for them:

   **See expert report attached hereto as Exhibit "A."**

Case 9:15-cv-80504-RLR   Document 114   Entered on FLSD Docket 01/21/2016   Page 2 of 10

McCool v. Woodstream, et. al.
Case No.: 9:15-cv-80504 RLR
Page 2

    b.    The facts or data considered by the witness in forming his opinions:

        **Dr. Bennett is a Forensic Medicine and Pathology expert. Dr. Bennett is anticipated to testify about Mrs. McCool's cause/manner of death and whether the Woodstream Mosquito Magnet played any role in the death of Mrs. McCool or the symptoms experienced by Detective Broehm. His opinions will be based on his inspection, review, study and analysis of the case materials, including depositions, police investigative file, medical examiner's investigative file, autopsy report, medical records, and other case related materials detailed in Dr. Bennet's report attached hereto as Exhibit "A." He will also testify based on his experience, education and background in his areas of expertise.**

        **Dr. Bennett is available for deposition on February 16, 17, 18, 19, 2016; March 3, and 4, 2016; March 7, and 8, 2016.**

    c.    A copy of any exhibits that will be used to summarize or support his/her opinions regarding this case:

        **See expert report attached hereto as Exhibit "A."**

    d.    The witness's qualifications, including a list of all publications authored in the previous 10 years:

        **A copy of Dr. Bennett's curriculum vitae is attached hereto as Exhibit "B."**

    e.    A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:

        **A copy of said list is attached hereto as Exhibit "C."**

    f.    A statement of the compensation to be paid for the study and testimony in this case:

    g.    **See fee schedule attached hereto as Exhibit "D."**

2.    Stephen E. Durham, Ph.D.
Deiter Consulting Group, Inc.
100 North Tampa Street
Suite 2410
Tampa, FL 33602

    a.    A complete statement of all opinions the witness will express and the basis and reasons for them:

Case 9:15-cv-80504-RLR   Document 114   Entered on FLSD Docket 01/21/2016   Page 3 of 10

McCool v. Woodstream, et. al.
Case No.: 9:15-cv-80504 RLR
Page 3

**See expert report attached hereto as Exhibit "E."**

    b.    The facts or data considered by the witness in forming his/her opinions:

**Mr. Durham is an expert economist who will testify to rebut Plaintiff's economist's expert opinion. Mr. Durham's opinions are based on his review, study and analysis of the case materials detailed in his report attached hereto as Exhibit "E." He will also testify based on his experience, education and background in his areas of expertise.**

**Mr. Durham is available for deposition on February 23, and 25, 2016; and March 2, 2016.**

    c.    A copy of any exhibits that will be used to summarize or support his/her opinions regarding this case:

**See expert report attached hereto as Exhibit "E."**

    d.    The witness's qualifications, including a list of all publications authored in the previous 10 years:

**A copy of Mr. Durham's curriculum vitae is attached hereto as Exhibit "F."**

    e.    A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:

**A copy of said list is attached hereto as Exhibit "G."**

    f.    A statement of the compensation to be paid for the study and testimony in this case:

**See fee schedule attached hereto as Exhibit "H."**

3.    Harri K. Kytomaa, Ph. D.
       Exponent, Inc.
       9 Strathmore Road
       Natick, MA 01760

    a.    A complete statement of all opinions the witness will express and the basis and reasons for them:

**See expert report attached hereto as Exhibit "I."**

Case 9:15-cv-80504-RLR   Document 114   Entered on FLSD Docket 01/21/2016   Page 4 of 10

McCool v. Woodstream, et. al.
Case No.: 9:15-cv-80504 RLR
Page 4

b.  The facts or data considered by the witness in forming his/her opinions:

**Dr. Kytomaa is an expert Mechanical Engineer specializing in the analysis of flow and thermal processes. Dr. Kytomaa is anticipated to testify about whether the Woodstream Mosquito Magnet played any role in the death of Mrs. McCool. Mr. Kytomaa's opinions are contained in his report attached herein as Exhibit "I." His opinions are based on his inspection, review, study and analysis of the case materials detailed in his report, as well as his experience, education and background in his areas of expertise. Mr. Kytomaa will also testify to rebut Plaintiff's experts' opinions.**

**Mr. Kytomaa is available for deposition March 3, and 4, 2016; March 7-9, 2016.**

c.  A copy of any exhibits that will be used to summarize or support his/her opinions regarding this case:

**See expert report attached hereto as Exhibit "I."**

d.  The witness's qualifications, including a list of all publications authored in the previous 10 years:

**See Appendix B to expert report attached hereto as Exhibit "I."**

e.  A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:

**See Appendix C to expert report attached hereto as Exhibit "I."**

f.  A statement of the compensation to be paid for the study and testimony in this case:

**See Appendix C to expert report attached hereto as Exhibit "I."**

4.  Charles A. Guinther Jr., CSP
    Scientific Expert Analysis (SEA)
    7349 Worthington-Galena Road
    Columbus, OH 43085

    a.  A complete statement of all opinions the witness will express and the basis and reasons for them:

    **See expert report attached hereto as Exhibit "J."**

    b.  The facts or data considered by the witness in forming his/her opinions:

Case 9:15-cv-80504-RLR   Document 114   Entered on FLSD Docket 01/21/2016   Page 5 of 10

McCool v. Woodstream, et. al.
Case No.: 9:15-cv-80504 RLR
Page 5

**Mr. Guinther is an Industrial Hygienist and is anticipated to testify regarding the testing and sampling of the subject Mosquito Magnet, the Patriot Mosquito Magnet and the lab results from Boston Chemicals. His opinions will be based on his review of pertinent materials, including the testing and sampling results, deposition testimony, and discovery materials detailed in his report attached hereto as Exhibit "J." He will also testify based on his experience, education and background in his areas of expertise.**

c. A copy of any exhibits that will be used to summarize or support his/her opinions regarding this case:

   **See expert report attached hereto as Exhibit "J."**

d. The witness's qualifications, including a list of all publications authored in the previous 10 years:

   **A copy of Mr. Guinther's curriculum vitae attached hereto as Exhibit "K."**

e. A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:

   **A copy of said list is attached hereto as Exhibit "L."**

f. A statement of the compensation to be paid for the study and testimony in this case:

   **See Fee Schedule attached hereto as Exhibit "M."**

5. Salvatore C. Malguarnera, Ph.D., P.E.
   Scientific Expert Analysis (SEA)
   7349 Worthington-Galena Road
   Columbus, OH 43085

   a. A complete statement of all opinions the witness will express and the basis and reasons for them:

      **See expert report attached hereto as Exhibit "N."**

   b. The facts or data considered by the witness in forming his/her opinions:

      **Dr. Malguarnera is an expert Mechanical Engineer who is anticipated to testify regarding the manufacture, design and sale of the subject Mosquito Magnet. Dr. Malguarnera's opinions are contained in his report attached hereto as Exhibit "N." Dr. Malguarnera's opinions will also be based upon his review of pertinent materials education, training, experience, and his areas of expertise, detailed in his report attached hereto as Exhibit "N."**

Case 9:15-cv-80504-RLR   Document 114   Entered on FLSD Docket 01/21/2016   Page 6 of 10

McCool v. Woodstream, et. al.
Case No.: 9:15-cv-80504 RLR
Page 6

    c.    A copy of any exhibits that will be used to summarize or support his/her opinions regarding this case:

        **See expert report attached hereto as Exhibit "N."**

    d.    The witness's qualifications, including a list of all publications authored in the previous 10 years:

        **A copy of Mr. Malguarnera's curriculum vitae attached hereto as Exhibit "O."**

        **Mr. Malguarnera's Patents and Publications List is attached as Exhibit "P."**

    e.    A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:

        **A copy of said list is attached hereto as Exhibit "Q."**

    f.    A statement of the compensation to be paid for the study and testimony in this case:

        **See Fee Schedule attached hereto as Exhibit "R."**

6.    Eric S. Sauer, P.E.
Scientific Expert Analysis (SEA)
3340 N.W. 53rd Street, Ste. 402
Ft. Lauderdale, FL 33309

    a.    A complete statement of all opinions the witness will express and the basis and reasons for them:

        **See expert report attached hereto as Exhibit "S."**

    b.    The facts or data considered by the witness in forming his/her opinions:

        **Dr. Sauer is an expert Mechanical Engineer who is anticipated to testify regarding laser survey and mapping of the Plaintiff's residence. His opinions are contained in his report attached hereto as Exhibit "S." Dr. Sauer's opinions will be based his review of pertinent materials detailed in his report attached herein as Exhibit "S." Dr. Sauer will also testify based upon his education, training, experience, and areas of expertise.**

    c.    A copy of any exhibits that will be used to summarize or support his/her opinions regarding this case:

Case 9:15-cv-80504-RLR   Document 114   Entered on FLSD Docket 01/21/2016   Page 7 of 10

McCool v. Woodstream, et. al.
Case No.: 9:15-cv-80504 RLR
Page 7

        **See expert report attached hereto as Exhibit "S."**

d.    The witness's qualifications, including a list of all publications authored in the previous 10 years:

        **See expert report attached hereto as Exhibit "S."**

e.    A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:

        **See expert report attached hereto as Exhibit "S."**

f.    A statement of the compensation to be paid for the study and testimony in this case:

        **See expert report attached hereto as Exhibit "S."**

## ADOPTION OF CO-DEFENDANT'S EXPERTS

Defendant, WOODSTREAM CORPORATION, hereby advises that it is adopting Co-defendant, HOME DEPOT's experts as its own and may call each of the identified experts at trial in the defense of its case-in-chief.

## RESERVATION OF RIGHTS

Defendant, WOODSTREAM CORPORATION, reserves the right to call additional witnesses to rebut or respond to any testimony presented by Plaintiff's witnesses or experts.

## CERTIFICATE OF SERVICE

We hereby certify that on the 21st day of January, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, and that a correct copy of the foregoing was send a copy via electronic mail to all Counsel of Record listed on the attached Service List.

        **WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

        */s/ Todd R. Ehrenreich*
TODD R. EHRENREICH, ESQUIRE

<u>McCool v. Woodstream, et. al.</u>
Case No.: 9:15-cv-80504 RLR
Page 8

Florida Bar Number: 945900
CO-COUNSEL FOR DEFENDANT
2601 South Bayshore Drive, Suite 1500
Coconut Grove, Florida 33133
tehrenreich@wwhgd.com
agoenaga@wwhgd.com;
salhadeff@wwhgd.com;
dmallqui@wwhgd.com;
aheydemann@wwhgd.com;
mferrer@wwhgd.com

McCool v. Woodstream, et. al.<br>
Case No.: 9:15-cv-80504 RLR<br>
Page 9

## SERVICE LIST

**NICHOLAS C. JOHNSON, ESQ.**
**LESLIE M. KROGER, ESQ.**
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
*Counsel for Plaintiff*
Telephone (561) 515-1400
E-Mail: njohnson@cohenmilstein.com; lkroeger@cohenmilstein.com

**ANDREW S. CONNELL, JR., ESQ.**
**MARCI L. STRAUSS, ESQ.**
**DANIEL GOMEZ, ESQ.**
Litchfield Cavo LLP
Radice Corporate Center
600 Corporate Drive, Suite 600
Ft. Lauderdale, FL  33334
*Counsel for Defendants Home Depot and Woodstream Corp.*
Telephone (954) 689-3000
E-Mail: connell@litchfieldcavo.com; strauss@litchfieldcavo.com; valletta@litchfieldcavo.com; gomez@litchfieldcavo.com

**RONALD J. MARLOWE, ESQ.**
Mintzer, Sarowitz, Zeris,
Ledva & Meyers, LLP
Woodland Corporate Center
8166 Woodland Center Boulevard
Tampa, FL  33614
Telephone (813) 885-5220
*Counsel for Defendant Accessories Marketing, Inc.*
E-Mail: rmarlowe@defensecounsel.com

**EARLEEN COTE, ESQ.**
**JOSHUA E. POLSKY, ESQ.**
Kubicki Draper
One E. Broward Blvd, Suite 1600
Fort Lauderdale, FL  33301
Phone: (954)-713-2315
Fax: (954)-768-0514
*Counsel for Liss America Limited Liability Company a/k/a Liss America LLC*
E-mail: ehc-kd@kubickidraper.com ; jp@kubickidraper.com; kara.beard@kubickidraper.com; jp@kubickidraper.com

<u>McCool v. Woodstream, et. al.</u>
Case No.: 9:15-cv-80504 RLR
Page 10

**ELLEN HERZOG, ESQ.**
**HABIB NASRULLAH, ESQ.**
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO  80202
Phone: (303)-244-1939
*Counsel for ITW Global Tire Repair, Inc. f/k/a Accessories Marketing, Inc.*
E-mail: nasrullah@wtotrial.com; herzog@wtotrial.com