# Thomas L. Bennett, M.D.
## Forensic Medicine and Pathology

# CURRICULUM VITAE –November 2015

## Current Appointments:



Forensic Pathologist for the Coroners and families
of Montana and Wyoming (6/98 to present).
Consulting Pathologist, St. Vincent Healthcare,
Billings, MT
Consulting Pathologist, Billings Clinic, Billings, MT
Adjunct Professor of Pathology, Lagos State
University, Nigeria, 2005 to present.
Member, Board of Directors, Nebraska Institute of
Forensic Sciences, 2003 to present.

## Forensic Positions Held:

Assistant Chief Medical Examiner, Office of the Chief Medical Examiner for North Carolina (7/81-6/82).
Forensic Pathologist, D-MORT 7 region for FEMA (1990-98), and DMORT-8 region (12/04 to present).
Iowa State Medical Examiner, Des Moines and Sioux City, IA (3/83-4/85 and 10/86-10/97).
Mississippi State Medical Examiner, Jackson, MS (4/85-10/86).
Deputy Iowa State Medical Examiner, Des Moines, IA (10/97-5/98).
Associate Montana State Medical Examiner, Billings, MT (6/98 to 7/15).
Member, Montana State Trauma Care Committee, 1999 to 2003.

## Board Certification:
Anatomic Pathology, Clinical Pathology and Forensic Pathology,
by the American Board of Pathology (6-4-83).

## Current Medical Licensure:
Montana (# 8418, 1998) and Wyoming (# 6365A, 1999).

## Academic Appointments:

Adjunct Professor of Science, Rocky Mountain College, Billings (8/05 to present):
Board Member and Trustee, Rocky Mountain College, Billings, MT  (9/03 to 9/06).
Instructor in Anatomy, University of Iowa College of Medicine, Iowa City, IA (1/79-6/79).
Teaching Fellow in Pathology, University Hospitals of Cleveland, Case-Western Reserve University,
Cleveland OH (7/79-6/81).
Instructor in Pathology and Pathophysiology, Charles Bolton School of Dentistry and Frances Payne Bolton
School of Nursing, Case Western Reserve University, Cleveland, OH (7/79-6/81).
Guest lecturer for Pulmonary Pathology series at Wright State University School of Medicine, Dayton, OH,
(2/81-4/81).
Clinical Associate Professor of Pathology, University of South Dakota School of Medicine, Vermillion, SD
(1982-1984).
Assistant Professor of Pathology, University of Mississippi College of Medicine, Jackson, MS (4/85-10/86).

**Forensic Medicine and Pathology, PLLC**
6 Canyon View Drive, Sheridan, WY   82801-9008
Office and cell phone: 406-855-5447          Fax: 307-655-5986
Email:   doctor4n6@gmail.com   Website:   www.forensics-tlb.com

Woodstream's Expert Disclosure
Exhibit B

Adjunct Professor of Law and Class Co-Director for "Forensic Medicine and Law", a 3-credit hour class, Drake University College of Law, Des Moines, IA (6/96-6/98).

Director and Lecturer for "Medical Examiner Investigator Certification Course", a twenty-hour course offered in Iowa for Death Investigators (1997-1998).

Guest Lecturer on Forensic Pathology and Medicine (1983 to present), including:
- -the majority of Iowa's Community College and Allied Health Care Schools, 1983-1998.
- -St. Vincent Healthcare and Deaconess-Billings Clinic, Billings, MT, for Nursing, Emergency Medical and Paramedic Classes (1996 to present).
- -Montana State University – Billings, for 'Death, Dying and Medical Ethics' (1999 to present).
- -Rocky Mountain College, Billings, MT, for Physician Assistant program (1999 to present).
- -International Association of Arson Investigators seminars in St. Louis (national), Wyoming, West Virginia, California, Pennsylvania, Utah, Massachusetts, Mississippi, etc. (since 2002).
- -Featured Speaker for Montana Coroner Advanced School (2003 to present).
- -Nebraska Institute for Forensic Sciences (2000 to present).

Adjunct Professor of Pathology, Lagos State University, Nigeria, 2005 to present.

## Professional Associations:

American Academy of Forensic Sciences (AAFS), member:
Program Director, Scientific Session for Annual Meeting, Pathobiology Section, Seattle 1993.

National Association of Medical Examiners (NAME), Board of Directors member, 1986-92, and member of board of editors for American Journal of Forensic Medicine of Pathology, 1989-92.

College of American Pathologists (CAP), fellow.

American Society of Clinical Pathology (ASCP), fellow.

American Professional Society on the Abuse of Children (APSAC), member (1996 to present).

International Association of Coroners and Medical Examiners (IAC&ME), member (2011 to present).

Montana Medical Association, member.

American Medical Association, member.

## Publications:

"Chondromyxoid Fibroma of the Thoracic Spine: Case Reports and Review of Literature", Spine, 1982.

Iowa State Medical Examiner Newsletter, started 1984.  (published approx. bimonthly, for Medical Examiners, Law Enforcement and County Attorneys over Iowa  and Eastern Nebraska).

"Forensic Aspects of Alcohol", review article published for Iowa Medical Examiners, 1996.

Handbook for Iowa Medical Examiners, 1984, 1988, 1994, 1995, 1997 (5th ed.).

Handbook for Mississippi Death Investigators, 1985.

Mississippi Medical Examiner Newsletter, 1985-1986.

"Gunshot Fractures", Unfallchirurg 89:515-520, 1986.

"Serial Abuse in Children Who Are Shaken", AJDC 144:58-60, 1990.

"Incidence of Impact Trauma with Cranial Injuries Ascribed to Shaking", AJDC 144:724-726, 1990.

"Procurement and Preparation of the Aortic Valve Homograft", chapter 21 in The Aortic Valve, Emery, R.W. and Arom, K.V., editors, 1991.

"Medical Examiner Data in Injury Surveillance; A Comparison with Death Certificates", Am J Epidemiology 139(6):637-643, 1994.

"Medical Evidence in Sexual Contact and Assault", Chapter 5 in Iowa Sexual Abuse Prosecution Manual, Melodee Hanes, editor, 1999.

Physician-reviewer for 1998 Montana Rural Preventability Mortality Study, published 2002.

**Forensic Medicine and Pathology, PLLC**
6 Canyon View Drive, Sheridan, WY   82801-9008
Office and cell phone: 406-855-5447          Fax: 307-655-5986
Email:   doctor4n6@gmail.com     Website:   www.forensics-tlb.com

## Work Experience:

**Autopsies:**  Over 11,000 performed personally (approximately 40% natural, 38% accidents, 10% suicides, 10% homicides and 2% undetermined).

**Lectures:**  Hundreds of hours of presentations, including such subjects as:     Mass Disasters; Kinematics of Injuries;  Gunshot Wounds;  Child Abuse and Neglect;  Sepsis;  Blunt and Sharp Traumatic Injuries;  Cardiac Pathology and Laboratory Correlation;  Suicides;  Scene Investigation; Asphyxial Deaths;  Skeletal Remains;  Shaken-Slammed Baby Syndrome;  Munchausen Syndrome by Proxy;  Obesity and Laboratory Diagnosis; Diabetes Mellitus; Munchausen Syndrome by Proxy; Deaths in Water;  Motor Vehicle crash-Related Deaths;  Decomposed Bodies;  Burn Injuries; Sudden Infant Death Syndrome;  Lung Cancer;  Interstitial Lung Diseases;  X-rays in Forensics; Drug-associated Deaths and Injuries;  Pulmonary Pathophysiology;  Medical Examiner Team Approach;  etc.

**Child Protection Center:**  Sioux City (4/93 to 1/96) and Des Moines (1987 to 1998), working directly with injured children to document and interpret their wounds, plus testify as needed.  I have examined living children from infants to adolescents, including colposcopic examinations, for suspicious sexual injuries, plus dozens more for suspicious non-sexual injuries.

**Iowa State Child Death Review Team:**  Chairman from 1995 creation until October 1997. I have also served as consultant for regional child death review teams in Montana, Iowa and North Carolina.

**Courtroom Testimony and Depositions:**  Over 1,000 appearances (approximately 90% of criminal cases called by prosecution; in approximately 75% of civil cases called by the defense).

**Surgical Pathology:**  I have examined tens of thousands of surgical specimens, from gross through signout, including frozen sections.

**Cytology, Chemistry, etc.:**  All the labs I've worked with have been in hospitals or private labs doing most of the work in-house, only rarely sending out for the esoteric tests.  I work as pathologist-director with technologists and technicians for accreditation, standards, check samples, new tests, etc.

## Educational Background:

High School in Columbus Junction, IA (graduated 1971).
College at Drake University, Des Moines, IA (B.A. in Biology, 1974).
University of Iowa College of Medicine, Iowa City, IA  (M.D., 1978).
Externship in Anatomic Pathology, University of Iowa Hospitals and Clinics, Department of Pathology, (1976, twelve months).
Residency in Anatomic Pathology and Clinical Pathology, Institute of Pathology, University Hospitals of Cleveland, Cleveland, OH  (1979-1981).
Fellowship in Forensic Pathology, Office of Chief Medical Examiner, Chapel Hill, NC (1981-1982).
Residency in Clinical Pathology, Royal C. Johnson Veterans Administration Hospital,       Sioux Falls, SD (1982-1983).
I have also attended innumerable seminars, both as speaker and attendee.

**Forensic Medicine and Pathology, PLLC**
6 Canyon View Drive, Sheridan, WY   82801-9008
Office and cell phone: 406-855-5447         Fax: 307-655-5986
Email:   doctor4n6@gmail.com     Website:   www.forensics-tlb.com

**Thomas L. Bennett, M.D.**                                                     **page 4 of 4**

## College Awards & Honors:

Drake University National Alumni Scholarship (full ride scholarship, 1971).
Beta Beta Beta (honorary scholarship fraternity, 1973).
Phi Eta Sigma (scholastic honorary fraternity, 1973).
Phi Beta Kappa (Drake University, 1974).
Alpha Omega Alpha (honorary medical school fraternity).

**Personal:**     Born 3-23-53, Iowa City, IA.
Children (Mark-39; Scott-36; Jack-deceased; Nick-31)
Email:  doctor4n6@gmail.com or doctor4n6@msn.com
Website:  www.forensics-tlb.com

Thomas L. Bennett, M.D.

**Forensic Medicine and Pathology, PLLC**
6 Canyon View Drive, Sheridan, WY  82801-9008
Office and cell phone: 406-855-5447        Fax: 307-655-5986
Email:  doctor4n6@gmail.com    Website:  www.forensics-tlb.com