**Thomas Bennett, M.D. Forensic Testimonies**

| Case | Case Citation | Attorney / Contact | Depo | Test | Jurisdict | Court | Role |
|---|---|---|---|---|---|---|---|
| 06-101 | Alexander and Ostermiller v. Bozeman Ford.  HS File: 30023 | Don Herndon, Billings | | T 9/11 | State-MT | Civil | Defense |
| 07-109 | State-MT v Richard Edward Covington [Yellowstone County triple homicide (ME06-213 (Patti), 214 (Norman) and 218 (Gerald))] | Scott Twito and Rod Souza -Yell Co Atty | | T 3/10 | State-MT | Criminal | State |
| 08-025 | Death of Angel Togbah - Liberia v Hans and Mardia Williams | Matt Okoye, Frank Dean,  Kalu Ogbureke | | T 1/10 | Liberia | Criminal | State |
| 08-084 | Walden v RJR | Georgiana Yonuschot, WCSR Winston Salem | D 4/10 | Setl 1/14 | State-FL | Civil | Defense |
| 08-098 | Weick v RJR (dec Richard Weick) | Craig Mayfield, Tampa, & Randi Weiss | D 12/10 | T 3/11 | State-FL | Civil | Defense |
| 08-112 | Loyd v  RJR (Jacqueline Loyd) | Matthew Lung, Womble Calyle Raleigh | D 6/09 | T 2/13 | State-FL | Civil | Defense |
| 08-140 | Clark/Kornmann v Nissan | H Franklin Hostetler III, Bowman & Brooke, Gardena CA | D 1/11 | | State-CA | Civil | Defense |
| 08-159 | Arthur Rohr (estate) v RJR | Matthew Lung, WCSR, Raleigh | | T 10/10 | State-FL | Civil | Defense |
| 09-009 | State-MT v Nevada Ugalde (Isaiah Napier, 8 mo abuse) | Julie Pierce | D 4/10 | | State-MT | Criminal | State |
| 09-012 | Phyllis Talenfeld v RJR | Al Windham, WCSR Raleigh | D 5/10 | | State-FL | Civil | Defense |
| 09-054 | Feliz Belmontez death ME08-152 | John Crist | D 1/10 | | State-MT | Civil | Defense |
| 09-072 | Willson (Madeleine Willson estate) v Benefis Healthcare | Geoffrey C. Angel, Bozeman 922-2210 | D 5/10 | | State-MT | Civil | Plaintiff |
| 09-073 | James Sands (dec.) and Kathleen Fardeen (daughter) v Glacier ENT-Head and Neck Surgery, Dr. Carl Ortman and Kalispell Medical Center (Flathead Co District Court DV-07-439©  | Dana Christensen, Kalispell 406-751-6001 | D 4/10 and 10/10 | T 3/11 | State-MT | Civil | Defense |
| 09-079 | State-MT v Jaydee Kennedy Haagenson (death of Jerod D Williams | Betty Carlson and Matt McKittrick , OSPD-Great Falls | D 5/10 | T 4/10 | State-MT | Criminal | Defense |
| 09-085 | Koballa v RJR | Ben Reidm FL, & Al Windham, WCSR Raleigh | D 9/09 | T 10/10 3/11 | State-FL | Civil | Defense |

Woodstream Expert Disclosure
Exhibit C

Thomas Bennett, M.D. Forensic Testimonies

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **09-105** | Richardson et al v Mylan | Brian K. Parker, McGuire Woods, Pittsburgh, and Clem Trischler, Pittsburgh | D 10/10 | | Federal-CA (San Diego) | Civil | Defense |
| **09-106** | Bradbury v Mylan | Brian K. Parker, McGuire Woods, Pittsburg | D 4/10 | | State-MN (Mpls) | Civil | Defense |
| **09-109** | Edmondson/Cunningham v Mylan | Brian K. Parker, McGuire Woods, Pittsburg | D 6/10 | | Federal-FL (Tampa) | Civil | Defense |
| **09-119** | Jaynie Boren v Correct Craft | Ralph Robinson and Eric Wong, SF | D 9/10 | | State-CA | Civil | Defense |
| **09-122** | State-MT v Larry Daniels (shooting death of Buddy Daniels, Carbon County) | Dan Guzinski (AG), Rennie Witten and Alex Nixon (Carbon Co Atty) | I 12/09 | T 1/10 | State-MT | Criminal | State |
| **09-141** | Debra Fennell v Yamaha (Rhino rollover) | Barry Toone, Bowman & Brooke Phoenix | D 8/10 | | State-AZ | Civil | Defense |
| **09-146** | Stahl v City of Billings (ME08-98, Lillian Stahl) | Kevin Gillen, YellCo Atty Office | D 8/11 | | State-MT | Civil | Defense |
| **09-148** | Paul Landino v Ford Broward County 08-62628(08) | Seipp & Flick, Lake Mary FL 407-585-7600 | D 3/10 | Setl 3/10 | State-FL | Civil | Defense |
| **09-159** | Katie Milledge v RJR | Jack Williams, WCSR Atlanta | D 8/11 | | State-FL | Civil | Defense |
| **09-171** | Coker/Dozier v Bray & Gillespie | Larry Burkhalter, Miami | D 2/13 | Setl 3/13 | State-FL | Civil | Defense |
| **09-173** | Huffer v Toyota | Frank Hostetler, LA | D 6/10 | | State-CA | Civil | Defense |
| **09-177** | Pelkey v. Liberty Mutual, et al. (death of Beatrice Bailey, Flathead County Cause No. DV-09-1019(B) | Linda C. Semrow, Lerner Law Firm, PO Box 1158, Kalispell, MT  59901, (406) 756-9100 | D 9/10 | | State-MT | Civil | Plaintiff |
| **09-178** | Richard C. Newville (ME09-156) Hanging death in Park Co Jail - Inquest | Park Co - Al Jenkins and Brett Lund | | T 1/10 | State-MT | Criminal | State |
| | | | | | | | |
| **10-001** | Brad Wiegel (Cody PD - alleged assault) | Juliet Wardwell, CPD | | T 1/10 | State-WY | Criminal | State |
| **10-010** | State-MT v Amasa Pinkney Niles IV (ME09-210 Troy Holland) | Juli Pierce, YCoAtty | I 1/10 | | State-MT | Criminal | State |
| **10-019** | Niemeyer v Ford | Jay Schuttert, Snell & Wilmer, Las Vegas jschuttert@swlaw.com 702-784-5232 | D 4/11 | T 11/12 | Federal-NV | Civil | Defense |
| **10-026** | State-WY v Robert Crowder (Doc No. 30-282), MLC09-19 | Chris Humphries, Laramie, WY | | T 4/10 | State-WY | Criminal | Defense |
| **10-029** | State-MT v Juan Vasquez | Noel Larrivee. OSPD Kalispell | | T 4/10 | State-MT | Criminal | Defense |

Thomas Bennett, M.D. Forensic Testimonies

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-034 | Death of Allen John Longsoldier (ME09-292) -Inquest | Dick Brown, Coroner, Fergus County, for Hill County | | T 3/10 | State-MT | Criminal | State |
| 10-035 | Death of Terry Daley (ME09-319) | Dick Brown, Coroner, Fergus County | | T 3/10 | State-MT | Criminal | State |
| 10-043 | State-MT v Clayton Dunbar (SGW head) | Melody Brown, OSPD Great Falls | | T 10/10 | State-MT | Criminal | Defense |
| 10-058 | State-MT v Shannon Gerringer | Devon Castillo - Terry Toave law office | I 6/10 | | State-MT | Criminal | Defense |
| 10-060 | State-MT v Cooksey (ME09-159 Tracy Beardsley) | Kent Sipes, Musselshell CoAtty and Ed Sheehy, OSPD | | T 9/10 | State-MT | Criminal | State |
| 10-076 | Vasko v RJR | Keith Criner, WCSR W-S | D 10/10 | | State-FL | Civil | Defense |
| 10-078 | State-MT v Richard Peart | Vince VanderHagen, OSPD Great Falls | I 2/11 | T 3/11 | State-MT | Criminal | Defense |
| 10-082 | State-MT v Humeyumptewa | Vince VanderHagen, OSPD Great Falls | I 9/10 | T 9/10 | State-MT | Criminal | Defense |
| 10-086 | Blanchard v Ford | John Reid, FL | D 1/11 | T 5/11 | State-GA | Civil | Defense |
| 10-087 | Schraudner, David M. (ME09-133, F11-24) | Randy Laedeke, Blgs | | T 6/11 | State-MT | Civil | Plaintiff |
| 10-090 | State-MT v Cale Hauer | Jordan Kilby and Chris Daly, OSPD Missoula | | T 8-10 | State-MT | Criminal | Defense |
| 10-093 | Ojeda v RJR | Morgan Persinger, WCSR | | T 9/11 | State-FL | Civil | Defense |
| 10-095 | State-MT v Hardman (decedent Michael Blattie ME09-263) | Brent Light - AG, for Stillwater County | | T 8/10 | State-MT | Criminal | State |
| 10-096 | Parke-Cebreros v Nissan NA | Frank Hostetler, Bowman & Brooke, Gardena CA | D 7/11 | T 9/12 | State-NV | Civil | Defense |
| 10-097 | State-MT v Raymond Big Beaver (decedent John Belmarez) | Jennifer Streano and Chris Abbot - OSPD Helena/ Missoula 523-5164 444-9262 | | T 8/11 | State-MT | Criminal | Defense |
| 10-102 | State-WY v Burns (ME09-211, Robert Ernst -GSW's) | Matthew Rahde, Sheridan County Atty, WY | | T 8/10 | State-WY | Criminal | State |
| 10-103 | State-MT v William Hoffert | Greg Paskell, OSPD Blgs | I 1/11 | | State-MT | Criminal | Defense |
| 10-105 | Bear (DeFrieze) v Mylan | Brian Jackson, Jennifer Cairns, McGuire Woods, Pittsburgh PA | D 6/11 | | State-IL | Civil | Defense |

**Thomas Bennett, M.D. Forensic Testimonies**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-115 | State-MT v James Ronald Wilson (Colstrip shootings of Heath Becker (ME09-310) and Spencer Benson (ME09-309)) | Dan Guzynski, AG, & Michael Hayworth, Rosebud County Attorney | | T 7/11 | State-MT | Criminal | State |
| 10-117 | State-MT v Chase Neil Vaira (assault on Christopher Coburn) | Rod Souza, Yellowstone County Atty | I 11/10 | | State-MT | Criminal | State |
| 10-118 | State-MT v Katie Garding | Jennifer Streano, Helena OSPD | | T 6/11 | State-MT | Criminal | Defense |
| 10-121 | State-MT v Roger Labbe (facial petechiae/scratches) | Nick Miller, OSPD Hamilton 363-7999 | | T 10/10 | State-MT | Criminal | Defense |
| 10-124 | Murphy v Seven Crown | Pat Fowler and Craig Logsdon, Snell and Wilmer PHX | | T 2/13 | State-NV | Civil | Defense |
| 10-130 | State-WY v Dharminder Virsen (ME09-211, Robert Ernst - GSW's) | Matthew Rahde, Sheridan County Atty, WY | | T 10/10 | State-WY | Criminal | State |
| 10-144 | State-MT v Bishop, Derek DC 2010-026 Carbon County | Greg Paskell, OSPD, Billings | I 11/10 | T 12/10 | State-MT | Criminal | Defense |
| 10-148 | State-MT v Michael Robbins | Jesse Myers, OSPD Blgs | I 1/11 | | State-MT | Criminal | Defense |
| 10-151 | Howard-Wheaton-Childers v John Bradford | Shawn Cosgrove, Blgs | D 7/11 | | State-MT | Civil | Defense |
| 10-160 | Craig/Moeller v Chaparral | Pat Fowler and Alex Marconi, Snell & Wilmer, Phoenix | D 1/12 | Setl 11/12 | State-FL | Civil | Defense |
| | | | | | | | |
| 11-003 | US-MT v Curtis Eder (ME10-124) | Lori Suek, USAtty | | T 8/11 | Federal-MT | Criminal | State |
| 11-006 | Phoenix Insurance v Washington Drugs. Estate of James Dean Metros II, v Dr. Jong Bek et.al. Estate of Mark McCoy v Dr. Jong Bek et.al. Estate of Roger Muckway v Dr. Jong Bek et.al. Cause 45C01-0603-CT-58 | Matthew Anderson, Kenneth Allen Assoc., Valparaiso IN | D 8/12 | | State-IN | Civil | Plaintiff |
| 11-013 | Ambroise v Ford | Brittany Schulz and Jim Feeney, Detroit | D 6/13 | | State-FL | Civil | Defense |
| 11-015 | Ryan Bain custody Meth death ME10-207 -Excited delirium | Ed Zink | | T 4/11 | State-MT | Criminal | State |
| 11-021 | State-MT v Flores (decedent Ibarra, ME10-) | David Carter, YCoAtty | I 2/11 | | State-MT | Criminal | State |
| 11-028 | James Sherman Johnson (James Hayden Estate) v Mylan | Ryan King, Clem Trischler | D 1/14 | | Federal-WI | Civil | Defense |
| 11-036 | State-MT v William Garrett Stops (DUI-resist arrest) | Vicke Callender | | T 4/11 | State-MT | Criminal | State |
| 11-037 | State-MT v McCaskill (slepp) | Thane Johnson, Johnson Berg, Kalispell | | T 4/11 | State-MT | Criminal | Defense |

**Thomas Bennett, M.D. Forensic Testimonies**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11-051 | Jose Tellez estaate Zoila Tellez) v Illinois Central RR, et.al. (derail and fire) -[see also F11-60] | Michelle Schjodt, Oppenheimer, 612-607-7223 | D 7/11 | | State-IL | Civil | Defense |
| 11-060 | Adriana Tellez v Illinois Central RR, et.al. (derail and fire) -[see also F11-51] | Michelle Schjodt, Oppenheimer, 612-607-7223 | D 7/11 | | State-IL | Civil | Defense |
| 11-067 | Sarah Duke v RJR | Georgi Yonuschott, WCSR | D 10/11 | T 4/12 | Federal-FL | Civil | Defense |
| 11-068 | State-NM v Marvin Williams  D-1116-CR-201000532-4 | Cosme D. Ripol, OSPD, Farmington, NM | | T 8/12 | State-NM | Criminal | Defense |
| 11-069 | Keydrick Jones v St. Francis Area Development Center (death in Forest City, AR) | David Hodges, AR, and Brian Bishop, NM | D 7/11 | Setl 7/11 | State-AR | Civil | Plaintiff |
| 11-073 | Carl Odell Stacy (ME11-7), jail death | Thomas Meissner, Fergus Co Atty | | T 7/11 | State-MT | Criminal | State |
| 11-074 | Urich v Mylan,     Civil Action No.: 1:10-cv-01068-JMS-DKL | Clem Trischler and Ryan King, Pietrogallo, Pittsburgh | D 10/11 | | Federal-WV | Civil | Defense |
| 11-076 | Thomas Kyros shooting death inquest - Livingston | Al Jenkins and Brett Linneweber | | T 7/11 | State-MT | Criminal | State |
| 11-087 | Whittinghill v. Mylan | Clem Trischler and Jason Reefer, Petrogallo | D 10/11 | | Federal-NM | Civil | Defense |
| 11-094 | Garza v Willbros Engineers, et.al. | Paula H. Blazek, Germer Getz LLP, Beaumont TX | D 10/11 | | State-LA | Civil | Defense |
| 11-097 | Backensto v Dr Goldberg and Exempla Health (circumcision) | Jeff Bogue and Fred Paoli, Denver | D 6/13 | | State-CO | Civil | Plaintiff |
| 11-112 | US v Vernon Marshall James Young, CR 11-57-GF-SHE | Jeffrey M Foster, at Davis, Hatlry, Haffeman & Tighe, Great Falls | | T 1/12 | Federal-MT | Criminal | Defense |
| 11-114 | State-SD v Dwight Ree | Jeff Larson and Angel Runnels, SD-OSPD | | T 12/11 | State-SD | Criminal | Defense |
| 11-117 | James Parker Coogler (ME11-31) inquest in Bozeman | Marty Lambert and Al Jenkins | | T 10/11 | State-MT | Criminal | State |
| 11-128 | State-SD v Rodney Scott Berget | Jeff Larson, Michael Miller and Victoria Reker, Minnehaha County Publ Defender | | T 2/12 | State-SD | Criminal | Defense |
| 11-153 | Michael Listek death in Sidney (Fentanyl plus) v Council MD | Roland Durocher, Great Falls, (was Mike Eiselein, Billings) | D 1/14 | Setl 8/14 | State-MT | Civil | Plaintiff |
| 11-154 | State-MT v Kristin Kramer (MVC-.203% BAC) Jeremy Funston death | David Carter, YellCoAtty | | T 11/11 | State-MT | Criminal | State |
| 11-155 | State-MT v Brian Swann (alleged PFMA) | David Duke, Mike Park and Mike Gaub - OSPD Blgs | | T 7/12 | State-MT | Criminal | State |

**Thomas Bennett, M.D. Forensic Testimonies**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11-156 | State-OK v Omar Jamon Hill | Michael Johnson, Oklahoma City, OK | | T 12/11 | State-OK | Criminal | Defense |
| 11-157 | Joan Faulkner Smith (estate of Jacky Ray Smith) v Daimler Trucks North America | Chris Pearson, Germer Gertz Beaman & Brown, Austin TX | D 2/12 | Setl 6/12 | Federal-TX | Civil | Defense |
| 11-163 | Shepard v Olson - Tanner and Trevor Olson MVC | Sean Goicoechea and Jinnifer Jeresek Mariman, Kalispell | | T 4/14 | State-MT | Civil | Plaintiff |
| 11-166 | Amy Deines v Don Roberts DMD | Gary Fagan, Molton Bellingham 248-7731 | D 6/12 | | State-MT | Civil | Defense |
| 11-172 | State-MT v Shannon Conrad  See  DC-11-0182 | Vicke Callender, YellCoAtty | D 12/11 | T 1/12 | State-MT | Criminal | State |
| 11-174 | State-MT v Edwin Shearer | Brad Finn, Billings | | T 3/12 | State-MT | Criminal | Defense |
| 11-177 | Post v Sunbeam | John Coleman and Tom Vitu | D 3/12 | | State-CA | Civil | Defense |
| 11-182 | Catherine Woods (est) v Steadman's Hardware, Miles City (ME08-313) -GSW's and Woods v State-MT | Justin Stalpes, Beck Law Firm, Bozeman | D 1/12 | | State-MT | Civil | Plaintiff |
| 11-183 | WY Board of Medical Examiners v Dr John Schneider (Russell Monaco ME11-306) | WY Board of Medical Examiners | D 8/12 | | State-WY | Civil | State |
| | | | | | | | |
| 12-009 | State-MT v Daniel Prindle, DC09-0132 | Christopher Morris, YellCoAtty | | T 2/12 | State-MT | Criminal | State |
| 12-014 | Jesse Bennett (ME11-249) estate v Ft. Benton jail -Inquest | Stephen Gannon - Choteau Co Atty | | T 2/12 | State-MT | Inquest | State |
| 12-020 | State-MT v Sean Smith | Mary Leffers Berry, Yellowstone Co Atty | | T 11/13 | State-MT | Criminal | State |
| 12-021 | US v Sheldon Chase (Lodge Grass triple homicide, ME11-253-255) | Lori Suek, AUSA | | T 9/12 | Federal-MT | Criminal | State |
| 12-030 | State-MT v Richard Jenkins | Frank Piocos, OSPD | | T 4/12 | State-MT | Criminal | Defense |
| 12-050 | Stonebreaker v. The Guardian Life Insurance Company of America, et al., 3:11-cv-00797-WQH-WVG, U.S.D.C., Southern District of California | Patricia Victory, Jessica Shpall Rosen and Sid Kanazawa   (c)310-904-9309 | D 10/12 | Setl 8/13 | Federal-CA | Civil | Defense |
| 12-056 | Novak v WKPE et.al. | Christina M. Jones, McGuireWoods LLP One James Center 901 East Cary Street Richmond, VA 23219-4030 | D 10/12 | | State-TX | Civil | Defense |
| 12-059 | ME11-185 Bieber death at pool | Harlan Krough, City of Billings, then Monte Wallis at YCSO | D 3/13 | Setl 10/13 | State-MT | Civil | Defense |
| 12-060 | Carbon County Inquest (Timothy W Patrick, ME11-261) | Alex Nixon and Al Jenkins | | T 5/12 | State-MT | Criminal | State |
| 12-065 | Wasson v MCDF | Roger Frickle, Edwards Law | | T 10/14 | State-MT | Civil | Plaintiff |

**Thomas Bennett, M.D. Forensic Testimonies**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **12-067** | State-WY v Rocky Bain (?kick of Ronald Jennings) | Stan Cannon and Ted Barney, Wyoming OSPD, Rock Springs | | T 6/12 | State-WY | Civil | Defense |
| **12-078** | Virginia Williams (Milton Williams estate) v RJR | Georgi Yonuschot, WCSR | D 11/12 | T 12/12 | State-FL | Civil | Defense |
| **12-083** | Brenton Glaser inquest (ME12-41 slashed throat) | Ryan Nordlund, YCoAtty | | T 8/12 | State-MT | Criminal | State |
| **12-084** | United States v. Adrien John Matuck (ME11-196 Raymond Brown) | KeriLeggett, USAMT, Great Falls | | T 9/12 | Federal-MT | Criminal | State |
| **12-098** | State-MT v William Larson, (Decedent Susan Casey, 5-18-2008 ME08-124 | Brant Light, MT-AG,& Randi Hood, OSPD | | T 3/13 | State-MT | Criminal | State |
| **12-104** | State-MT v Charles Bowen (decedent Brian Doyle ME12-7) | Dan Guzynski. MT-AG | D 5/13 | T 6/13 | State-MT | Criminal | State |
| **12-106** | State-NC v Juan Carlos Rodriguez | Kim Stevens, W-S | | T 2/14 | State-NC | Criminal | Defense |
| **12-109** | Michael Brandon (ME12-103) inquest | Scott Twito and Ed Zink, YellCoAtty | | T 10/12 | State-MT | Criminal | State |
| **12-120** | Greer v Gas, Inc. | Wayne S. Melnick, Atty -Gray, Rust, St Amand, Moffett & Brieske LLP, Atlanta | D 4/13 | | State-GA | Civil | Defense |
| **12-125** | State-NM v Tommy Armendariz | Gary Fernandez, Grants, NM | | T 7/13 | State-NM | Criminal | Defense |
| **12-127** | State-MT v Boyer (decedent - ME11-72 Valenzuela) | Scott Twito and Ed Zink, YellCoAtty | | T 11/12 | State-MT | Criminal | State |
| **12-135** | Burt, Ryan DC 10-0410 | Vicki Callender, YellCoAtty | | T 11/12 | State-MT | Criminal | State |
| **12-139** | Ida Starr St John v Toyota | Harold Franklin and Todd Speir, King and Spalding, Atlanta | D 7/13 | | Federal-CA | Civil | Defense |
| **12-141** | Zicopula v Ford | Jay Schuttert, Snell and Wilmer LV | D 9/13 | Setl 10/13 | State-NV | Civil | Defense |
| **12-147** | Deasey v Newell Window Furnishings Inc, et.al. | Holly Podulka, Schiff Hardin Law, Chicago | D 5/13 | Setl 9/13 | State-AZ | Civil | Defense |
| **12-152** | Kathy Rider v Park County [James Jeffrey Rider, ME11-29] DV-11-126 | Shannan Piccolo - Park Co Dep Atty | | T 12/12 | State-MT | Civil | State |
| | | | | | | | |
| **13-12** | State-MT v Tonya Clemmer (? 2/10 Child abuse) | Lisa Bazant, Billings | | T 2/13 | State-MT | Criminal | Defense |
| **13-18** | Hatfield v Ford (Macon, GA) | Gary Toole -407-342-7003 | D 3/13 | T 9/13 | State - GA | Civil | Defense |
| **13-19** | State-WY v Richard Wilkerson (Brian Newman ME12-235) | Ken DeCock, Johnson County Atty | | T 4/13 | State-WY | Criminal | State |
| **13-22** | State-CO v Justin Tounsel (Stabbing - Gallegos) | Garth McCarty, Denver | | T 7/13 | State-CO | Criminal | Defense |
| **13-26** | Inquest into the death of Bryan Reyes Havard (ME112-154) | Dave Fulkerson, Coroner, and CoAtty Steve Harmon | | T 2/13 | State-MT | Criminal | State |
| **13-32** | State-NM v David Markham, Cause No. D-1116-2012-0026-4. Farmington, NM | Cosme Ripol | | T 12/14 | State-NM | Criminal | Defense |
| **13-35** | Peggy Wintermute v Isadore Wendel, SC 114546 | Anthony C. Kohrs, LA Patrick Rogan, LA | D 5/14 | T 10/14 | State-CA | Civil | Defense |

**Thomas Bennett, M.D. Forensic Testimonies**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13-39 | State-MT v Keith Edmonson  DC-12-181 | Ashley Morigeau, OSPD Polson | | T 6/13 | State-MT | Criminal | Defense |
| 13-48 | State-MT  v  Jackie Lee Favel (Field Sobriety test) | Daniel Minnis, OSPD Havre | | T 5/13 | State-MT | Criminal | Defense |
| 13-54 | US v  Joe Capeheart  (ME11-256 Crystal Lee Harrell) | Jessica Fehr, AUSA -- Mark Werner & Russ Curry -FedPublDef | D 4/13 | | Federal-MT | Criminal | State |
| 13-56 | Inquest (ME13-27 jail hanging - Shuler) | Kevin Gillen, YellCoAtty | | T 5/13 | State-MT | Criminal | State |
| 13-58 | State-SD v Robert Cornelius Bass, III | Cindy Ahrendt and Mike Miller, PubDef, Sioux Falls | | Pled 4/14 T 7/14 | State-SD | Civil | Defense |
| 13-59 | Stacey Fuller (Duane Fuller)  v  Ford Motor Co and Koons Ford | Jonathan A Wolfson, McGuire Woods Richmond | D 9/13 | | State-MD | Civil | Defense |
| 13-62 | State-MT v Charlo - Whitworth, Riley James (agg assault) | Vince VanderHagen OSPD-Great Falls | I 2/14 | T 2/14 | State-MT | Criminal | Defense |
| 13-65 | Lawrence Chamberlain v RJR | Georgi Yonuschott, WCSR W-S | D 8/13 | | Federal-FL | Civil | Defense |
| 13-70 | State-MT v Kaleb Kuebler  CDJ-13-05 | Betty Carlson, OSPD GF | | T 6/13 | State-MT | Criminal | Defense |
| 13-75 | US v Carl Alden   (ME12-296 Stephen Corey OldElk) | Lori Suck (AUSA) and Penelope Strong and Paula Pacente (Def) | I-def 5/13 | | Federal-MT | Criminal | State |
| 13-79 | US-MT v John Hugs | Sandy Selvey | | T 7/13 | Federal-MT | Criminal | Defense |
| 13-90 | State-MT v Donald Keith Ash (PFMA Annie Eernisse) | Matt Claus, OSPD Blgs | | T 7/13 | State-MT | Criminal | Defense |
| 13-101 | State-MT v (Glendive ME13-304 Matthew James Wiseman stabs) | Joel Thompson (AG) and Libby (CoAtty) v Matt Wald and Tom Bartleson (Helena). | I-def 7/13 | T 5/14 | State-MT | Criminal | State |
| 13-106 | Clarissa Smith et.al. v South Central Alabama Regional Housing Authority  [Smith v WKPE (Walter Kidde Portable Equipment) et.al.]                   09-CV-2011-000045.00 | Candace Blydenburg and Christina Jones, McGuire Woods | D 3/14 | | State-AL | Civil | Defense |
| 13-107 | Jason Shaw Inquest (ME13-48) | Ed Zink, Yellowstone Co Atty | | T 8/13 | State-MT | Criminal | State |
| 13-117 | Cortes v Frankenberg GmbH | Don Blackwell and Asleigh Carroll, Seipp, Flick and Hosley | D 10/13 | | Federal-FL | Civil | Defense |
| 13-124 | State-NM v Danielle Smiley (dec. Danielle Dixon) | Cosme Ripol, NM | D 1/15 | T 4/15 | State-NM | Criminal | Defense |
| 13-125 | State-MT v David Isaacson (death of Sabah Mallak, ME12-308) | Ed Zink, Yell Co Atty, and Eric Moore, OSPD | | T 5/14 | State-MT | Criminal | State |
| 13-127 | US v Jacob Bishop | Jay Lansing | | T 7/14 | Federal-MT | Criminal | Defense |
| 13-130 | Melvin Madplume death | Jessica Polan, OSPD Kalispell | Int 1/14 | | State-MT | Criminal | Defense |
| 13-131 | Steven Tyler Russo inquest (ME13-156) | Kevin Gillen, YellCoAtty | | T 10/13 | State-MT | Criminal | State |

**Thomas Bennett, M.D. Forensic Testimonies**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **13-132** | Flight 3407 litigation - Buffalo Plane crash, 2009 | Neil Goldberg, Soo-Young Chang, Jack Freedenberg, Goldberg Segella Buffalo NY | D 2/14 | | Federal-NY State-NY | Civil | Defense |
| **13-136** | Inquest for Daniel August Brawley, ME13-09. | Ed Zink and Scott Twito, YellCoAtty | | T 11/13 | State-MT | Criminal | State |
| **13-137** | State-NM v Chris Kee (DV) | Mike Davis, Corralles NM | D 3/14 | T 4/14 and 5/14 | Federal-NM | Criminal | Defense |
| **13-141** | Inquest for Thomas Hilger (ME13-144) and Yurian (ME13-145) | Vicki Callendar | | T 11/13 | State-MT | Criminal | State |
| **13-142** | Dean Jess inquest (ME13-182) | Scott Twito and Ed Zink, YellCoAtty | | T 4/14 | State-MT | Criminal | State |
| **13-145** | Kevin R. Anderson postmortem, ME13-197 | Christopher J. King, Worrall & Greear, Worland, WY (plntfs) and George Powers, Cheyenne WY (def) | D 11/15 | | State-WY | Civil | Family |
| **13-146** | State-IA v Cisneros (Mason City 1994 child death, John Snyder) | Doug Hammerand, Iowa AG and Frank Sterns, Mason City PD | D 11/13 | T 6/14 | State-IA | Criminal | State |
| **13-148** | State-MT v Mike Sandry | Thane Johnson, Johnson Berg, Kalispell 755-4211 | | T 11/13 | State-MT | Criminal | Defense |
| | | | | | | | |
| **14-2** | Mary Cooper v RJR | Philip Brown, WCSR Raleigh and Dal Burton, WCSR Atlanta | D 6/14 | T 8/14 9/15 | State-FL | Civil | Defense |
| **14-18** | Wilcox v RJR | Keith Clinard, WCSR | D 5/14 | | State-FL | Civil | Defense |
| **14-30** | Death of Hannah Harris (ME13-185) | Lori Suek (US Atty), Brandon Walter (FBI), and Steve Babcock for Publ Def | I 3/14 & 5/14 | | Federal-MT | Criminal | State |
| **14-48** | State-MT v Devearl Royster (sex - consensual?)  DC-14-35B | Andrew Breuner, Bozeman | | T 10/14 | State-MT | Criminal | Defense |
| **14-50** | Chase Yerger v Lisa Moon (Toenail testing for drugs) | Casey Heitz, Billings | | T 4/14 | State-MT | Civil | Plaintiff |
| **14-51** | Walden v Chrysler Group | Alicia Timm - Swift Currie McGhee and Hiers, Atlanta | D 8/14 | | State-GA | Civil | Defense |
| **14-52** | Brazell v GM Donze v GM | Mike Cooney, Dykema Gossett Detroit | D 11/15 | | State-SC | Civil | Defense |
| **14-69** | State-MT v Naomi Gayle Hernandez (Benadryl) | Wyatt Glade, Custer Co Attorney | | T 8/14 | State-MT | Criminal | State |
| **14-72** | State-MT v Conner J Roma (? DUI) | Lisa Bazant, Blgs | I 5/14 | T 5/14 | State-MT | Criminal | Defense |
| **14-74** | William Plowman inquest - Miles City | Wyatt Glade, Custer Co Atty, Valerie Peaslee | | T 6/14 | State-MT | Criminal | State |
| **14-79** | State-MT v Jeffrey Elec Hamilton (child sexual abuse) | Vince vanderHagen, OSPD Great Falls | | T 10/14 | State-MT | Criminal | Defense |

**Thomas Bennett, M.D. Forensic Testimonies**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14-85 | State-NM v Daniel Murrell (Joe Garcia autopsy interp) | Joanne Angel and Anna Aragon, NMPD, Clovis NM | | T 8/14 | State-NM | Criminal | Defense |
| 14-96 | State-MT v Steve Mills (Havre probation officer alleged rape)   DC-14-066 | Jeremy Yellin | Interv 3/15 | T 6/15 | State-MT | Criminal | Defense |
| 14-102 | Schultz v Daimler Trucks, Freighliner, et.al. Sanders v DTNA | Lance Shurtleff, Hall & Evans, Denver-Billings | D 12/14 | Setl 2/15 | Federal-WY | Civil | Defense |
| 14-105 | Davis v Isuzu, Brandon Davis | Lori Zirkle, Travis Wheeler & Susan Corbin, Bowman & Brook | D 11/14 | Setl 12/14 | State-AZ | Civil | Defense |
| 14-110 | Morvant v Ford | Perry Miles, McGuire Woods, Richmond | D 1/15 | T 2/15 | State-LA | Civil | Defense |
| 14-108 | State-MT v William Earl Cunningham (dec. Nathan Horn ME14-203) | YellCoAtty and Greg Paskell and Mark Keyes, OSPD | I 11/14 | T 3/15 | State-MT | Criminal | State |
| 14-115 | State-MT v Martin Pond (Alderman ME14-7) | Rod Souza and Julie Mees, YellCoAtty | I 10/14 | Pled 12/14 | State-MT | Criminal | State |
| 14-126 | Gavin King death (ME14-253) | Justin Stalpes, Beck Law firm, and Lisa Speare and Jessica Fehr for Defense | | T MMLP 8/15 | State-MT | Civil | Plaintiff and Defense |
| 14-134 | Inquest into the death of Robert J Thomas III, Hill County, MT ME14-97 | Dick Brown, Coroner . Ryan Mickelson, Deputy Hill Co Atty | | T 11/14 | State-MT | Criminal | State |
| 14-140 | State-TN v Montiel Woodard | Willis Jones, Nashville | D 5/15 | | State-TN | Criminal | Defense |
| 14-141 | State-MT v Richard Douglas Reinert (ME13-324, Jessica Stephenson, 12-21-13) | Scott Twito, Juli Pierce, Ed Zink | | T 3/15 | State-MT | Criminal | State |
| 14-142 | Jackie Brown-  ME14-310 son's autopsy | Melissa Edwards, OSPD Great Falls | | T 12/14 | State-MT | Civil | Family |
| 14-145 | Richard David Ramirez inquest | Ed Zink and Vicki Callendar, YellCOAtty | | T 1/15 | State-MT | Criminal | State |
| 14-147 | Beebe v Bozeman Deaconess Hosp (death after knee surgery) | Laura Kalur, Portland OR v Julie Lichty, Bozeman | D 3/15 | | State-MT | Civil | Plaintiff |
| 14-149 | State-MT v Casey Don Ehrlick  (No. 14-26921  -alleged rape with bundle of pencils) | Bob Kelleher, Billings | | T 10/15 | State-MT | Criminal | Defense |
| | | | | | | | |
| 15-18 | Alaniz Inquest (Jesus Alaniz, ME14-105) | Dick Brown, Coroner | | T 3/15 | State-MT | Criminal | State |
| 15-52 | Debra Smith v North American Van Lines, et.al. (MVCs with fire - black ice) | Carlos Rincon | D 5/15 | | State-TX | Civil | Defense |
| 15-56 | Arnold v Benefis Medical Center (EDH and spinal cord injury after pain stimulator implant replacements) | Lindsay Beck, Bozeman | D 6/15 | | State-MT | Civil | Plaintiff |
| 15-61 | State-MT v Jamie Jo Brokenrope (ME14-241 Ruth Martinez) | Julie Mees, YellCOAtty | | T 4/15 | State-MT | Criminal | State |
| 15-73 | Effects of Fatigue in DUI | Thane Johnson | | T 4/15 | State-MT | Criminal | Defense |

**Thomas Bennett, M.D. Forensic Testimonies**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **15-76** | State-MT v Laura Lee Neva (DUI Columbus) | Deb Pranikoff, Red Lodge and Stillwater Co Atty | | T 6/15 | State-MT | Criminal | Defense |
| **15-114** | Gilbert Sifuentes and Marguerita Leticia Medrano-Sifuentes v Walter Kidde | Chrisa Jones, McGuire Woods Richmond VA | D 10/15 | | State-TX | Civil | Defense |
| **15-116** | Christian Tafoya (ME14-236) | Jerry Williams and Ranae Baldes, Thermopolis | | T 7/15 | State-WY | Criminal | State |
| **15-131** | Mackeon Schulte (ME15-124) inquest | Chris Morris, YCoAtty | | T 8/15 | State-MT | Criminal | State |