**Deiter, Stephens, Durham & Cook**

Economic and Financial Consultants

Deiter Consulting Group, Inc.
John C. Deiter, Ph.D.
Stephen E. Durham, Ph.D
Cynthia Stephens, Ph.D.
Finnie B. Cook, Ph.D.

100 North Tampa Street
Suite 2410
Tampa, FL 33602
Phone (813) 223-7644
Fax (813) 223-7866

January 20, 2016

Mr. Seth V. Alhadeff
Weinberg Wheeler Hudgins Gunn & Dial
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133

## Re: Mary McCool

Dear Mr. Alhadeff:

At your request, we have prepared a valuation of the economic losses associated with the October 12, 2013 death of Mary McCool. This valuation relies on materials currently available and as such is subject to material revision on receipt of additional documents. It is our opinion that the present value of total economic losses ranges between *$2,058,349* and *$3,728,547*. A summary of our analysis follows.

Woodstream Expert Disclosure
Exhibit E

## MATERIALS REVIEWED

- Complaint.
- Deposition of Shannon McCool.
- Deposition of Daniel McCool.
- Deposition of Bryan McCool.
- Deposition of Connor McCool.
- Deposition of Kelsey McCool.
- Plaintiff's Answers to Interrogatories dated August 17, 2015.
- Plaintiff's Answers to Interrogatories dated September 3, 2015.
- Plaintiff's Answers to Interrogatories dated September 21, 2015.
- Plaintiff's Answers to Interrogatories dated October 15, 2015.
- Plaintiff's Answers to Interrogatories dated October 20, 2015.
- Form W2s for 2008, 2010-2013.
- Form 1040 Tax Returns for 2008-2013.
- Documents produced by Bryan Cave, LLP dated January 8, 2016.
- Report of Roderick Moe, CPA..
- U.S. Department of Labor, Current Population Survey, *2015 Labor Force Participation* Rates.
- Social Security Administration *2014 Annual Statistical Supplement.*
- Skoog, Ciecka & Krueger "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors". *Journal of Forensic Economics volume 22(2) 2011.*
- U.S. Department of Health and Human Services, Center for Health Statistics, *2011 Life Expectancy Tables.*
- Barrons/wsjonline *Current Yields on U.S. Treasury Securities, January 11, 2016.*
- U.S. Department of Labor *Current Employment Statistics, Employment, Hours and Earnings.*
- U.S. Department of Labor *Employer Cost for Employee Compensation.*
- U.S. Department of Labor *Consumer Expenditure Survey 2013-2014.*
- State of Florida, Department of Economic Opportunity *Occupational Employment Statistics and Wages.*

- Expectancy Data *The Dollar Value of a Day, 2014 Dollar Valuation.*

## BIOGRAPHICAL BACKGROUND

Mary McCool, born October 15, 1966 was almost 47 years old at the time of her death. According to the 2011 Life Expectancy Tables, she had a remaining normal life expectancy of 36.0 years at the time of her death.

We project a normal retirement age of 63.5. This is based on worklife data published by Skoog, Ciecka and Krueger.

Mary McCool is survived by her husband, Daniel. Mr. McCool's date of birth is October 28, 1965. He will be 50.6 years old at the time of a May 23, 2016 trial and will have a remaining normal life expectancy of 29.3 years at that time.

Mary McCool had four children: Connor who will be 23 years old at the time of trial, Kelsey who is 21 years old, Bryan who is currently 19 years old and Shannon who will be 17 years old at the time of trial.

## PRESENT VALUE

Future values are reduced to present value by employing a 1.85% discount rate. This rate reflects current risk-free interest rates as measured by the average yields on U.S. Treasury Securities adjusted for marginal tax liabilities on interest earnings.

## EARNING CAPACITY/LOST MONEY SUPPORT

Mary McCool was employed by Convergys. In 2010, she earned $314,671.94. In 2011, she earned $625,979.24. In 2012, she earned $184,385.34 and in 2013, the year of death, she earned $130,117.72. Note that we have not been provided with employment records. Therefore, the reason for the volatility in earnings is unknown. We have projected Ms. McCool's earnings based on two standards:

1. The lower value is based on actual earnings of $184,385.34 in 2012.
2. Alternatively, we have recognized that her actual earnings were substantially higher in 2011. Consequently, we have employed the

3

average of her earnings from 2010-2013, a period of 3.78 years. During this time period, her earnings averaged $332,051 per year.

Earnings from 2012 to present are projected to grow 2.71%, 1.88%, 2.05% and 2.73%, respectively. These rates are based on the actual growth of wages in the Business Support Services industry as reported by the U.S. Department of Labor. The growth from 2014 to 2015 is based on available year-to-date data and is thus subject to revision upon publication of final 2015 data. Earnings from 2015 forward are based on the average compound growth rate from 1990 to 2014 of 2.73%. Again, this growth rate is subject to revision upon publication of 2015 data.

Projected earnings have been reduced by federal income taxes using prevailing IRS standards. Additionally, earnings have been reduced by Social Security payroll taxes and Medicare taxes.

As an employee of Convergys, Mary McCool had health insurance coverage, a 401k plan and a pension plan. Specific details of these benefits have not been provided. Therefore, we have used U.S. Department of Labor data indicating the average value of health insurance and pension coverage. We have also assumed a 3% 401k employer match. These assumptions are subject to change upon receipt of information regarding the actual value of Convergys' benefits.

To determine lost money support, it is necessary to deduct the decedent's probable personal consumption from after-tax plus fringe benefits' income. The 2013-2014 Consumer Expenditure Survey published by the U.S. Department of Labor details average consumption patterns by income range and household size. Our review of these data indicates that the decedent would probably have consumed 6.20% of after-tax household income while a member of a six person household, 7.44% while a member of a five person household, 9.30% while a member of a four person household, 12.40% while a member of a three person household and 18.61% while a member of a two person household. Our analysis assumes that Mary McCool's children would have been dependent on her for money support until graduation from college. Converting these percentages to percentages of the decedent's income results in after-tax consumption rates of 19.87%, 23.85%, 29.81%, 39.74% and 59.65%, respectively in the lower earnings scenario. In the earnings scenario based on average earnings, the repsective percentages are 14.00%, 16.79%, 20.99%, 27.99% and 42.01%.

Based on these parameters, past lost money support from date of death through the date of trial ranges between $333,401 (basing earnings on 2012 actual) and $574,999 (basing earnings on 2010-2013 average earnings). The present value of future lost money support ranges between $1,235,856 and $2,664,456. Therefore, the present value of total lost money support ranges between

4

*$1,569,257* and *$3,239,455*. Details of these calculations are contained on the attached schedules.

### LOST HOUSEHOLD SERVICES

We assume that Mary McCool provided a variety of household services to the benefit of her family. *The Dollar Value of a Day* published by Expectancy Data combines multiple years of American Time Use Survey data to produce more tables than those published by the U.S. Department of Labor. Using the 2014 data, we estimate a loss of 24.89 hours per week of services until Ms. McCool's youngest child reaches age 18. Thereafter, we estimate a loss of 21.22 hours per week until retirement. At that point, we estimate a loss of 29.95 hours per week until Mary McCool would have reached age 75. Thereafter, we estimate a loss of 28.48 hours per week. Lost services are valued using an hourly cost of $11.28 per hour in 2013 and $11.35 per hour in 2014. This is based on occupational wage rate data published by the Florida Department of Economic Opportunity and includes 10% employment costs. From 2014 forward, we project the hourly cost to increase 1.7% per year, based on the actual growth in occupational wages from 2004 to 2014. Past lost services from date of death to the date of trial are $38,822. The present value of future lost services from the date of trial through Mr. McCool's remaining normal life expectancy is $450,270. Therefore, the present value of total lost household services total *$489,092*. These calculations are detailed on the attached schedules.

### SUMMARY

Combining the various components of economic loss results in a present value of total economic losses ranging between *$2,058,349* and *$3,728,547*. This is shown on the attached table.

The opinion is subject to change in the event that any of the following occur:

1. Material change to the risk-free interest rates.
2. Material change to the expected trial date.
3. Receipt of additional, relevant documents or records.
4. Publication of 2015 industry earnings data.

Attached to this report is a copy of my resume, listing of prior testimony and fee schedule. If you have any further questions or require additional information,

please contact us at your convenience. Thank you for the opportunity to evaluate the economic damages in this matter.

Sincerely,

Stephen E. Durham, Ph.D.
DEITER, STEPHENS, DURHAM & COOK

Mary McCool
Summary of Economic Losses by Source

| Category of Loss | Present Value |
|---|---|
| Loss of Money Support | $1,569,257 / $3,239,455 |
| Loss of Household Services | $489,092 / $489,092 |
| **Total** | **$2,058,349 / $3,728,547** |

*Prepared by*
*Deiter, Stephens, Durham & Cook*

**Mary McCool**
Past Lost Money Support Based on Average Earnings
10/12/13    to    05/23/16

| Year | Earnings | Taxes | Benefits | HI | Max FICA | FICA | Consumption | Savings | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | 72,786 | (22,054) | 5,619 | 1,049 | 113,700 | (1,710) | (7,102) | | 48,586 |
| 2014 | 338,304 | (103,859) | 27,030 | 4,992 | 117,000 | (15,204) | (32,822) | | 218,441 |
| 2015 | 345,239 | (105,988) | 29,104 | 5,138 | 118,500 | (15,460) | (33,495) | | 224,537 |
| 2016 | 139,530 | (43,115) | 11,762 | 2,072 | 118,500 | (10,626) | (16,188) | | 83,435 |
| Total | $ 895,859 | $ (275,017) | $ 73,516 | 13,250 | | $ (43,001) | $ (89,608) | | $ 574,999 |

2013 ytd FICA        130,118
Excess Medicare    0.90%

| | |
|---|---|
| % Remaining in Year of Death | 21.92% |
| % Lapsed 2016 | 39.34% |
| Consumption    2013-2015 | 14.00% |
| 2016- | 16.79% |
| Savings | |
| 2016 HI | $ 5,266.04 |
| 2016 Benefits | 8.43% |
| FICA | 7.65% |

Prepared by
Deiter, Stephens, Durham & Cook

**Mary McCool**
Past Lost Money Support Based on 2012 Earnings
10/12/13          to          05/23/16

| Year | Earnings | Taxes | Benefits | HI | Max FICA | FICA | Consumption | Savings | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | 41,511 | (11,872) | 3,205 | 1,049 | 113,700 | (976) | (4,149) | | 28,767 |
| 2014 | 192,940 | (56,146) | 15,416 | 4,992 | 117,000 | (11,788) | (19,151) | | 126,263 |
| 2015 | 196,895 | (57,493) | 16,598 | 5,138 | 118,500 | (11,974) | (19,516) | | 129,647 |
| 2016 | 79,576 | (23,395) | 6,708 | 2,072 | 118,500 | (6,804) | (9,433) | | 48,724 |
| **Total** | $ 510,922 | $ (148,906) | $ 41,927 | 13,250 | | $ (31,541) | $ (52,250) | | $ 333,401 |

2013 ytd FICA          130,118
Excess Medicare          0.90%

| % Remaining in Year of Death | | 21.92% |
|---|---|---|
| % Lapsed 2016 | | 39.34% |
| Consumption | 2013-2015 | 14.00% |
| | 2016- | 16.79% |
| Savings | | |
| 2016 HI | $ | 5,266.04 |
| 2016 Benefits | | 8.43% |
| FICA | | 7.65% |

*Prepared by*
*Deiter, Stephens, Durham & Cook*

**Mary McCool**
Future Lost Money Support Based on 2012 Earnings
05/24/16    to    04/15/30

| Year | Earnings | Taxes | Benefits | HI | max FICA | FICA | Consumption | Total | Present Value |
|------|---------|-------|----------|-----|----------|------|-------------|-------|---------------|
| 2016 | 122,701 | (36,074) | 10,344 | 3,194 | 118,500 | (5,297) | (20,661) | 74,208 | 73,796 |
| 2017 | 207,807 | (61,303) | 17,518 | 5,398 | 121,463 | (12,414) | (34,941) | 122,064 | 119,613 |
| 2018 | 213,487 | (62,979) | 17,997 | 5,533 | 124,499 | (12,736) | (44,867) | 116,436 | 112,025 |
| 2019 | 219,323 | (64,700) | 18,489 | 5,671 | 127,612 | (13,066) | (46,093) | 119,624 | 113,002 |
| 2020 | 225,319 | (66,469) | 18,994 | 5,813 | 130,802 | (13,405) | (63,127) | 107,125 | 99,357 |
| 2021 | 231,479 | (68,518) | 19,514 | 5,958 | 134,072 | (13,752) | (64,761) | 109,920 | 100,097 |
| 2022 | 237,806 | (70,391) | 20,047 | 6,107 | 137,424 | (14,109) | (99,863) | 79,598 | 71,168 |
| 2023 | 244,307 | (72,315) | 20,595 | 6,260 | 140,859 | (14,474) | (102,593) | 81,779 | 71,790 |
| 2024 | 250,986 | (74,543) | 21,158 | 6,416 | 144,381 | (14,850) | (105,248) | 83,919 | 72,331 |
| 2025 | 257,847 | (76,581) | 21,736 | 6,577 | 147,990 | (15,235) | (108,125) | 86,219 | 72,964 |
| 2026 | 264,896 | (78,674) | 22,331 | 6,741 | 151,690 | (15,630) | (111,081) | 88,582 | 73,602 |
| 2027 | 272,137 | (80,825) | 22,941 | 6,910 | 155,482 | (16,035) | (114,118) | 91,010 | 74,245 |
| 2028 | 279,576 | (83,314) | 23,568 | 7,082 | 159,369 | (16,451) | (117,071) | 93,392 | 74,804 |
| 2029 | 287,219 | (81,857) | 24,213 | 7,259 | 163,354 | (16,878) | (122,498) | 97,458 | 76,643 |
| 2030 | 84,892 | (7,980) | 7,156 | 7,441 | 167,437 | (6,494) | (45,878) | 39,137 | 30,417 |
| **Total** | $ 3,399,782 | $ (986,522) | $ 286,602 | $ 92,359 | | $ (200,825) | $ (1,200,925) | $ 1,390,470 | $ 1,235,856 |

Excess Medicare Tax          0.90%
YTD FICA          79,575.77

| | |
|---|---|
| % Remaining in 2016 | 60.66% |
| % Worked Year of Retirement | 28.77% |
| 2016 Pre-Death Earnings | $ 202,277 |
| Growth Rate  2016 - 2030 | 2.73% |
| Benefits | 8.43% |
| 2016 HI | $ 5,266.04 |
| FICA | 7.65% |
| Consumption  2016-2017 | 23.85% |
| 2018-2019 | 29.81% |
| 2020-2021 | 39.74% |
| 2022- | 59.65% |
| Discount Rate | 1.85% |

Prepared by
*Deiter, Stephens, Durham & Cook*

**Mary McCool**
Future Lost Money Support Based on Average Earnings
05/24/16   to   04/15/30

| Year | Earnings | Taxes | Benefits | HI | max FICA | FICA | Consumption | Total | Present Value |
|------|----------|-------|----------|-----|----------|------|-------------|-------|---------------|
| 2016 | 215,147 | (66,480) | 18,137 | 3,194 | 118,500 | (5,056) | (24,961) | 139,981 | 139,205 |
| 2017 | 364,373 | (112,591) | 30,717 | 5,398 | 121,463 | (16,093) | (42,274) | 229,528 | 224,919 |
| 2018 | 374,333 | (116,043) | 31,556 | 5,533 | 124,499 | (16,516) | (54,215) | 224,648 | 216,139 |
| 2019 | 384,567 | (119,216) | 32,419 | 5,671 | 127,612 | (16,949) | (55,697) | 230,794 | 218,019 |
| 2020 | 395,079 | (122,475) | 33,305 | 5,813 | 130,802 | (17,394) | (76,302) | 218,027 | 202,216 |
| 2021 | 405,880 | (125,823) | 34,216 | 5,958 | 134,072 | (17,851) | (78,388) | 223,992 | 203,976 |
| 2022 | 416,975 | (129,679) | 35,151 | 6,107 | 137,424 | (18,319) | (120,693) | 189,542 | 169,469 |
| 2023 | 428,374 | (133,224) | 36,112 | 6,260 | 140,859 | (18,800) | (123,992) | 194,729 | 170,944 |
| 2024 | 440,084 | (136,866) | 37,099 | 6,416 | 144,381 | (19,294) | (127,382) | 200,058 | 172,432 |
| 2025 | 452,115 | (140,608) | 38,113 | 6,577 | 147,990 | (19,800) | (130,864) | 205,533 | 173,933 |
| 2026 | 464,474 | (144,916) | 39,155 | 6,741 | 151,690 | (20,320) | (134,246) | 210,888 | 175,224 |
| 2027 | 477,171 | (148,877) | 40,226 | 6,910 | 155,482 | (20,853) | (137,916) | 216,659 | 176,749 |
| 2028 | 490,215 | (152,947) | 41,325 | 7,082 | 159,369 | (21,401) | (141,686) | 222,588 | 178,288 |
| 2029 | 503,616 | (153,099) | 42,455 | 7,259 | 163,354 | (21,963) | (147,252) | 231,016 | 181,677 |
| 2030 | 148,851 | (18,606) | 12,548 | 2,141 | 167,437 | (11,387) | (54,716) | 78,831 | 61,267 |
| **Total** | $ 5,961,254 | $ (1,821,451) | $ 502,534 | $ 87,059 | | $ (261,996) | $ (1,450,586) | $ 3,016,813 | $ 2,664,456 |

| | | |
|---|---|---|
| Excess Medicare Tax | 0.90% | |
| YTD FICA | 139,530 | |

| | | |
|---|---|---|
| % Remaining in 2016 | | 60.66% |
| % Worked Year of Retirement | | 28.77% |
| 2016 Pre-Death Earnings | $ | 354,677 |
| Growth Rate   2016 - 2030 | | 2.73% |
| Benefits | | 8.43% |
| 2016 HI | $ | 5,266.04 |
| FICA | | 7.65% |
| Consumption   2016-2017 | | 16.79% |
| 2018-2019 | | 20.99% |
| 2020-2021 | | 27.99% |
| 2022- | | 42.01% |
| Discount Rate | | 1.85% |

*Prepared by*
*Deiter, Stephens, Durham & Cook*

**Mary McCool**

Past Lost Household Services

10/12/13          to          05/23/16

| Year | Services |
|------|----------|
| 2013 | 3,200 |
| 2014 | 14,690 |
| 2015 | 14,949 |
| 2016 | 5,983 |
| **Total** | **$ 38,822** |

| % Remaining Year of Death | 21.92% |
|---|---|
| % Lapsed 2016 | 39.34% |

**Mary McCool**
Future Lost Household Services
05/24/16          to          09/10/45

| Year | Services | Present Value |
|------|----------|---------------|
| 2016 | 9,225 | 9,174 |
| 2017 | 13,186 | 12,921 |
| 2018 | 13,410 | 12,902 |
| 2019 | 13,638 | 12,883 |
| 2020 | 13,870 | 12,864 |
| 2021 | 14,106 | 12,845 |
| 2022 | 14,345 | 12,826 |
| 2023 | 14,589 | 12,807 |
| 2024 | 14,837 | 12,788 |
| 2025 | 15,090 | 12,770 |
| 2026 | 15,346 | 12,751 |
| 2027 | 15,607 | 12,732 |
| 2028 | 15,872 | 12,713 |
| 2029 | 16,142 | 12,695 |
| 2030 | 23,170 | 17,891 |
| 2031 | 23,564 | 17,864 |
| 2032 | 23,965 | 17,838 |
| 2033 | 24,372 | 17,812 |
| 2034 | 24,786 | 17,786 |
| 2035 | 25,208 | 17,759 |
| 2036 | 25,636 | 17,733 |
| 2037 | 26,072 | 17,707 |
| 2038 | 26,515 | 17,681 |
| 2039 | 26,966 | 17,655 |
| 2040 | 27,425 | 17,629 |
| 2041 | 27,891 | 17,603 |
| 2042 | 26,973 | 16,714 |
| 2043 | 27,431 | 16,690 |
| 2044 | 27,898 | 16,665 |
| 2045 | 19,673 | 11,571 |
| **Total** | **$ 606,809** | **$ 450,270** |

| % Remaining in 2016 | | 60.66% |
|---|---|---|
| % of Year of Death | | 69.34% spouse |
| Beginning Value | $ | 15,208 |
| # of Hours | 2016 | 24.89 |
| # of Hours | 2017-2029 | 21.22 |
| # of Hours | 2030-2041 | 29.95 |
| # of Hours | 2042- | 28.48 |
| Growth | | 1.70% |
| Discount Rate | | 1.85% |

*Prepared by*
*Deiter, Stephens, Durham & Cook*